UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **21-MJ-4387** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Aurora Duarte BEJAR ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien(s) |
| Defendant, ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about November 2, 2021 within the Southern District of California, Aurora Duarte BEJAR, defendant, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Yessica RAMIREZ-Felipe had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo Enforcement Officer
U.S. Customs & Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on November 3, 2021.

HON, ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Yessica RAMIREZ-Felipe is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 2, 2021, at approximately 8:40 P.M., Aurora Duarte BEJAR (Defendant) applied for admission into the United States from Tijuana, Baja California, Mexico at the Otay Mesa Port through the vehicle primary lanes. Defendant was the driver of a vehicle bearing California License plates, when she presented herself for inspection before a Customs and Border Protection (CBP) Officer. Defendant was in company of a minor and an adult passenger. Defendant stated that she was traveling to Santa Barbara, California with nothing to declare from Mexico. The CBP Officer received a computer-generated alert on the vehicle and referred the vehicle and occupants to secondary for further inspection.

In secondary, the vehicle was scanned utilizing the Z-Portal x-ray device and anomalies were detected near the rear end cargo area of the vehicle. CBP Officers conducted a search of the vehicle's rear cargo area and discovered a person hiding in a modified compartment. The rear cargo area was covered by a piece of plywood with a carpeted floor-cover. A CBP Officer assisted with the removal of an adult female and escorted her to the security office for processing. Further investigation revealed that the female found concealed inside the cargo area of the vehicle is a citizen of Mexico with no entitlements to enter the United States. The female was identified as Yessica RAMIREZ-Felipe and is now being held as Material Witness.

Defendant was advised of her Miranda Rights on November 3, 2021, at approximately 12:43 A.M., and elected to make a statement. Defendant stated that she was recruited to smuggle illegal aliens from Mexico into the United States. Defendant stated that she was recruited by a male who also facilitated the vehicle she was driving at the time of her arrest. Defendant stated she knew a female was concealed within the vehicle and was going to deliver her at an unknown location near the border after a successful attempt. Defendant stated she was expecting a payment of an unknown amount for the smuggling act.

During a video-recorded interview, Material Witness stated she is a citizen of Mexico by birth in Oaxaca, Mexico with no legal entitlements to enter the United States. Material Witness stated that smuggling arrangements were made by herself for an undisclosed smuggling fee to be paid after a successful crossing. Material Witness stated she was going to Salinas, California.